ORAL ARGUMENT NOT YET SCHEDULED

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NEWMONT USA LIMITED, D/B/A NEWMONT MINING CORPORATION<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Respondent. | Docket No. 04-1069 |

**STATUS REPORT**

Pursuant to the Court's Order of March 31, 2009, Respondent United States Environmental Protection Agency submits the following Status Report.

1. This action consists of the claims raised by petitioner Newmont USA Limited challenging EPA's December 31, 2002, final New Source Review Improvement Rule to the extent that the rule expressly includes fugitive emissions in the definitions of projected actual emissions and baseline actual emissions for purposes of determining whether a major modification will occur. These claims were severed from the consolidated cases concerning that rule, *State of New York*

*v. EPA*, No. 02-1387, by the Court's Order of February 24, 2004 and held in abeyance.

2. By letter dated January 27, 2004, EPA notified Newmont that it was granting Newmont's petition for reconsideration and that the Agency intended to take public comment on the issues raised by the petition.

3. On November 13, 2007, EPA published in the Federal Register a proposed rule with respect to the issue of fugitive emissions raised by Newmont's petition. 72 Fed. Reg. 63850. On December 19, 2008, EPA published in the Federal Register a final rule. 73 Fed. Reg. 77882.

4. EPA received an administrative petition for reconsideration of the December 19, 2008 rule. EPA granted that petition and is in the process of conducting a reconsideration process. In addition, a petition for review of that rule was filed in this Court. *Natural Resources Defense Council v. EPA*, No. 09-1065.[1]

5. On March 4, 2009, EPA filed a Motion to Govern Further Proceedings on behalf of itself and Newmont. In that motion, EPA requested that the Court continue to hold the case in abeyance. The Court granted that motion by Order dated March 31, 2009. The Order requires EPA to submit status reports every 60 days beginning June 1, 2009, and requires the parties to file motions to

---

[1] That case is being held in abeyance pending resolution of the administrative petition for reconsideration.

govern further proceedings within 30 days of the completion of agency proceedings.

6. EPA published a proposed rule in the Federal Register on October 14, 2022, relating to its reconsideration of the 2008 rule. 87 Fed. Reg. 62322. The public comment period closed on February 14, 2023. Accordingly, this case should continue to be held in abeyance pending final EPA action. EPA will file another status report on September 29, 2026.

Respectfully submitted,

/s/ *Jin Hyung Lee*
JIN HYUNG LEE
Environmental Defense Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 598-7264

July 31, 2026

Counsel for Respondent

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Respondent EPA's Status Report have been served through the Court's CM/ECF system on all registered counsel on July 31, 2026.

/s/ *Jin Hyung Lee*
Jin Hyung Lee